SEALED



AUG 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Searches of: | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |
|---|---|
| (1) Location One: 10426 East Tulare, Sanger, California | UNDER SEAL |
| (2) Location Two: 6509 South Acadmey Ave. Parlier, and | 1: 12 SW 00217 JLT |
| (3) Location Three: APN:138-091-23. | |
| All in Fresno County, California. | 1: 12 SW 00218 JLT |
| | 1: 12 SW 00219 JLT |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of a search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

1  IT IS FURTHER ORDERED that the government's application and this order
2  for destruction shall be SEALED until further order of the Court.
3  Dated: August 14, 2012

*Jennifer L. Thurston*
Jennifer L. Thurston
U.S. Magistrate Judge